IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SONJA LYNN PERRAULT,

    Plaintiff,

vs.

                      No. CIV 16-0243 LAM

NANCY A. BERRYHILL,
Acting Commissioner of
Social Security,

    Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR REMAND

**THIS MATTER** is before the Court on *Defendant's Unopposed Motion To Reverse and Remand For Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 21)*, filed February 3, 2017.  Having considered the motion, the Court finds that it is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that *Defendant's Unopposed Motion To Reverse and Remand For Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 21)* is **GRANTED** and the Court hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and **REMANDS** this case to the Commissioner for further administrative proceedings.

**IT IS FURTHER ORDERED** that the briefing schedule in this matter is **VACATED**.

**IT IS SO ORDERED.**

                                                */s/ Lourdes A. Martínez*
                                                **LOURDES A. MARTÍNEZ**
                                                **UNITED STATES MAGISTRATE JUDGE**
                                                **Presiding by Consent**